(INND Rev. 8/16)

FILED
page 1
JAN 19 2021
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

MOHAMMAD H NADERI
[You are the PLAINTIFF, print your full name on this line.]

v.

CORY W. WORTHINGTON AND JILL.E WORTHINGTON (WIFE)
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:21CV024
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | CORY W. WORTHINGTON (HUSBAND) | 647 ETNA AVE HUNTINGTON, IN 46750 |
| 2 | JILL E. WORTHINGTON (WIFE) | 647 ETNA AVE HUNTINGTON, IN 46750 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? TWO (2)
2. What is your address? 6825 RAMBLEWOOD DR. APT.H FORT WAYNE, IN 46835
3. What is your telephone number: (260) 797-1115
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

[Margin note, left side, vertical: LOST OF MY INCOMES WITH OUT CAR, & WALKING FOR YEARS, & FOOT ACKES, ANKEL ON RIGHT FOOT]

COMPLAIN UNDER 28 USC 1983, etc., NATIONAL ORIGINAL OF, IRANIAN, MUSLEM RELEGEN & AGE 66 YEARS OLD.

1. TWO (2) FUGITIVE, DEFENDENTS #1 CORY W. WORTHINGTON HUSBAND & DEFENDENT # JILL E. WORTHINGTON (WIFE) HIT MY PARKED CAR IN PARKING LOT OF SPEED WAY FLEA MARKET, WITH EXPIER INSURANCE COPANY OF FARM BUREAU & WITH PHONE NUMBER 260-356-2522. CLAIM #3500021903, INSURANCE WROTE BACK DRIVER/OWNER NOT INSURE WITH US. DATE OF LOST, 1-29-2016, DRIVER/OWNER, OF 2012 CHEVROLET DID NOT HAVE AN ACTIVE POLICY WITH US ON THE LOSS DATE. THIER INSURANCE DID NOT PAY ME FOR DAMAGES, ESTIMATES, etc. DUE TO EXPIER PICK UP TRUCK INSURANCE FOR NONE PAYMENT OF DRIVER FOR THIER INSURANCE THAT HUSBAND #& WIFE #2 DEFENDENT BOTH OWNER & DEFENDENT & JOINTLY INSURED THE TRUCK 2012. THEY NEED TO SHOW RESPONSSIBLITY & LIABLITY FOR MY CAR & DAMAGES THAT BACKED UP TO MY CAR 1994 TOYOTA CAMERY LE. FOR BODY, UNDER DAMAGES PARK GIAR DAMGES, etc. WITH THIER 2012 CHAVEY PICKUP TRUCK BROWN 43C 2016 PLAT # TK210 MLV, 2 PASSINGER. VI# IGCRCREA5CZ177471 USED FOR PERSONAL FARM, COMPANEY. THE DEFENDENT #1 CAME IN THE BLDING & SAID, I, HIT

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

ALSO, FOR LANE WALKING FOR YEAR, DISCOMFORT & DR. BILLS. MY FOOT ANCHEL. OF MEDICAR, TOO.

Claims and Facts (continued) BOTH, DEFENDENT KNOWIGLY & INTENTIONALY LIED TO ME & REPORT OFFICER ABOUT THIER INSURANCE, & TAKE OFF THE SEN OF ACCEDENT, THEY DID CRIMES & PERJURY TOO. THEY NEVER PAID ME, TOO. *SEE MY DOCUMENTS IN SUPORTS. & I, HAVE MANY PICTURES

YOUR CAR & HAVE A GOOD INSURANCE & COVER EVERY THING, I, SAW MY HEAD LIGHT BROOKEN & ON THE GROND PICES. I, SAW WOMEN BEHIND WHEEL & PARKED THE OTHER SIDE OF PACKING LOT TO TAKE OFF & WAS MOVED AWAY FROM MY CAR, I, SAID IF YOU PAY I, CAN FIX BY USED PARTS. THEY SAID WE NEED TO GO TO CASH MACHINE, I, SAID IS ONE IN BLDG, THEY SAY WE GO TO OUR BANK NO FEE. I, SAID I, MUST WRITE YOU LICENS PLATE I, WRITE THEY SAIED WE BE BACK, I, NEVER SEE THEM AGINE, POLICE CAME IN, BLDG & TALK TO ME & CHECK MY CAR ID, ETC. & GIVE ME REPORT # DEFENDENT WERE GONE I, TOLD

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event? POLICE, HE SAID IF DID NOT, COME BACK GET

☒ No.                                                                                                                                      POLICE

○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, REPORT. I, DID. case number, file date, judgment date, and result of the previous case(s).                              TWO (2)

RELIEF – If you win this case, what do you want the court to order the defendant to do? JUDGMENT AGWST REPORT TO BMV, FOR PERMINIT SUSPENTION OF BOTH DRIVER, TILL JUDGMENT IS SATISFIEYD BOTH DEFENDENTS ARE FULLY LIABLE & RESPONSIBLES FOR THIER ACTION, FOR ALL COMPENSETORY & PUNITIVE DAMAGES, THREEPILE DAMAGES, FOR ER & DOCTORS RIGHT FOOT ANCLE X-RAY, MEDICATIONS FOR LONG TIME WALKING, TO SURVIE & WALKING ARONDS TO SHOP & CARY ON FOOTS LONG RANGE, OR TO GET BUS OR PAY PERSONS TO GET AROUND. ENTER

FILING FEE – Are you paying the filing fee? THE JUDGMENT FOR $35000 PLUS ATTORNEYS FEES COST & EXPENSES & COLLECTION FEES PLUS 8% LAWFULL INTRESTS.

○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

PERMINAT SUSPENSION OF LICENCE BY BMV OF INDIANA.    * PAIN & SUFERING

[Initial Each Statement]

MHN   I will keep a copy of this complaint for my records.
MHN   I will promptly notify the court of any change of address.
MHN   I declare under penalty of perjury that the statements in this complaint are true.

_Mohammad Hanan Naderi_                                        _DEC-23-2020_
Signature                                                                              Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

MOHAMMAD H NADERI
6825 RAMBLEWOOD DR. H
FORT WAYNE, IN 46835

OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
1300 S. HARRISON STREET
FORT WAYNE, IN 46802

