AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MOHAMMAD H. NADERI,

              Plaintiff

  v.                                                      Civil Action No.  1:21-cv-00024

CORY W. WORTHINGTON, Husband,
JILL E. WORTHINGTON, Wife,

              Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant_____the amount of
dollars $_____, which includes prejudgment interest at the rate of_____% plus post-judgment
interest at the rate of_____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff_____.

_X_ Other:  The case is **DISMISSED**.

This action was (*check one*):

___ tried to a jury with Judge_____presiding, and the jury has
rendered a verdict.

___ tried by Judge_____without a jury and the above decision was
reached.

_X_ decided by Judge Holly A. Brady.

DATE:   March 3, 2021                            ROBERT N. TRGOVICH, CLERK OF COURT

                                                                      By: s/ L. Higgins-Conrad
                                                                            *Signature of Deputy Clerk*